

**NUMBER 13-21-00336-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

| | |
|---|---|
| **DAVID EUGENE WHITE,** | **Appellant,** |

**v.**

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellee.** |

**On appeal from the 453rd District Court
of Hays County, Texas.**

**ORDER OF ABATEMENT**

**Before Justices Longoria, Hinojosa, and Silva
Order Per Curiam**

This appeal is before the Court on appellant's motions to supplement the clerk's record and to extend time to file appellant's brief. The clerk's record was filed in this matter on October 22, 2021, and appellant indicates the clerk's record is incomplete.

Texas Rule of Appellate Procedure 34.5(c) provides that if anything relevant is omitted the record may be supplemented. Therefore, this appeal is abated and the

cause remanded to the trial court. Upon remand, the judge of the trial court shall determine and issue findings and conclusions regarding whether items were omitted from the clerk's record, and if so, whether the omitted items are relevant to the appeal. *See* 34.5(c)(2). Furthermore, the trial court shall determine what steps are necessary to ensure the prompt preparation of a complete clerk's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

Therefore, appellant's motion to supplement the clerk's record is granted. The trial court shall prepare and file its findings and orders and cause them, along with any omitted items, to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order. Furthermore, the motion to extend time to file appellant's brief is granted and appellant's brief is ordered due on or before thirty days after the supplemental record is filed.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
9th day of March, 2022.

2